IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUHLENBERG COLLEGE,<br><br>        Plaintiff,<br><br>    v.<br><br>SPORTSWEAR, INC.,<br>doing business as<br>PREP SPORTSWEAR,<br><br>        Defendant. | CIVIL ACTION<br>NO. 13-7197 |

## ORDER

**AND NOW**, this 18th day of February, 2015, upon consideration of Defendant's Motion for Partial Summary Judgment Regarding Incontestable Status of Muhlenberg Word Mark (Doc. #39) and Defendant's Motion for Leave to Amend to Add Counterclaim for Cancellation of Registration (Doc. #40), and all supporting and opposing papers, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Partial Summary Judgment Regarding Incontestable Status of Muhlenberg Word Mark (Doc. #39) is **DENIED**.

2. Defendant's Motion for Leave to Amend to Add Counterclaim for Cancellation of Registration (Doc. #40) is **GRANTED**, and the Clerk's office shall docket Defendant's amended answer with affirmative defenses and counterclaim (Exhibit B to Doc. #40).

                                              **BY THE COURT:**

                                              **/s/ Jeffrey L. Schmehl**
                                              Jeffrey L. Schmehl, J.