IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Muhlenberg College, | ) CIVIL ACTION |
| Plaintiff, | ) NO. 5:13-cv-07197-JLS |
| v. | ) (THE HON. JEFFREY L. SCHMEHL) |
| Sportswear, Inc. d/b/a Prep Sportswear, | ) |
| Defendant. | ) |

## STIPULATED CONSENT ORDER

This 19th day of October 2015, upon the consent of Plaintiff, Muhlenberg College ("Muhlenberg" or "Plaintiff"), and Defendant Sportswear, Inc. d/b/a Prep Sportswear ("Sportswear") (collectively referred as the "Parties"), it is hereby ORDERED through the agreement of the Parties that:

1. The Parties agree the be bound by and adhere to all terms of the settlement agreement which shall remain confidential.

2. This Civil Action including the complaint and counterclaims filed by the Parties are terminated with prejudice.

**IT IS SO STIPULATED AND AGREED TO:**

Duane Morris LLP

BY: _____
Lewis F. Gould, Jr., Esquire
Maxim A. Voltchenko, Esquire
Attorneys for Plaintiff,
Muhlenberg College

Post & Schell, P.C.

BY: _____
Marc H. Perry, Esquire
Attorney for Defendant,
Sportswear, Inc. d/b/a Prep Sportswear

DM2\6250563.1

SO ORDERED BY THE COURT, this 20th day of October, 2015

_____
The Honorable Jeffrey L. Schmehl

DM2\6250563.1